No. 79–29.  PEABODY COAL CO. v. MISSOURI PUBLIC SERVICE Co. Ct. App. Mo., Kansas City Dist.  Certiorari denied.

No. 79–32.  HORSLEY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–33.  GOERES ET AL. v. JAPAN AIR LINES, LTD., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 79–35.  HACKETT ET AL. v. HACKETT.  Ct. App. N. C. Certiorari denied.

No. 79–36.  ROBINSON v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 79–37.  COVERT MARINE, INC., ET AL. v. OUTBOARD MARINE CORP.  C. A. 7th Cir.  Certiorari denied.

No. 79–40.  HOKE v. BOARD OF MEDICAL EXAMINERS OF NORTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–41.  VALENZUELA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–42.  PAVILONIS v. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 1st Cir.  Certiorari denied.

No. 79–43.  BOBULSKI v. OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 79–50.  SATCO, INC. v. TRANSEQUIP, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.